74,684-04

Mr. Jeffrey Fields
TDCJ-CID No. 1234362
Allred Unit
2101 F.m. 369 North
Iowa Park, Texas 76367

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 09 2015
Abel Acosta, Clerk

March 05, 2015

Mr. Abel Acosta, Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station
Austin, Texas 78711

Re: Ex Parte: Jeffrey Scott Fields
    TCCA No. WR-74,684-04
    State Habeas Trial Court No. 9034186-A

Dear Mr. Acosta:

On October 22, 2014 I mailed the following document to you for filing and Consideration by the TCCA during the TCCA's review of the above-referenced 11.07 case:

1. Applicant's Objections to the State Habeas Trial Court's Findings of Fact and Conclusions of Law with Brief in Support. (Also, it was dated October 22, 2014)

I never received notification it was received, filed, and presented, so at this time, I am writing to you to determine if it was. This was a very important document.

Thank you and have a very nice day.

Sincerely,

Jeffrey S. Fields
Applicant Pro Se